UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMMY RODGERS, | Case No. C17-5476-JPD |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations, | |
| Defendant. | |

This matter comes before the Court on the plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. 21. The Commissioner "has no objection" to the requested attorney fees. Dkt. 24 at 1. Accordingly, the Court ORDERS that plaintiff's unopposed motion, Dkt. 21, is GRANTED, and that EAJA fees in the amount of $3,696.70 are awarded to plaintiff.

Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to plaintiff's attorney Victoria B. Chhagan at the following address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle WA 98101. If the EAJA

//

//

fees are not subject to any offset, the EAJA attorney fees will be paid directly to the order of plaintiff's attorney, Victoria B. Chhagan.

DATED this 20th day of April, 2018.

JAMES P. DONOHUE
United States Magistrate Judge